**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1907**

WADDELL BYNUM, JR.,

            Plaintiff - Appellant,

    v.

SECOND WARD HIGH SCHOOL MECKLENBURG COUNTY SCHOOL
BOARD; STAFF OF SECOND WARD,

            Defendants – Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at
Charlotte.  Frank D. Whitney, Chief District Judge.  (3:19-cv-00316-FDW-DSC)

Submitted:  December 19, 2019                          Decided:  December 23, 2019

Before NIEMEYER, AGEE, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Waddell Bynum, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Waddell Bynum, Jr., appeals from the district court's order and judgment dismissing his complaint because it was barred by the statute of limitations and Bynum did not raise any claims against the defendants. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Bynum's informal brief does not challenge the basis for the district court's disposition, Bynum has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) (stating that "[t]he informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*